Exhibit A to the Complaint

**Location:** Brooklyn, NY  
**Total Works Infringed:** 40

**IP Address:** 98.116.162.61  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 81D25FF4CE5F2EF60017CD892A37FE95A0ACE45F | 07/14/2025 14:59:34 | Blacked | 09/09/2023 | 09/18/2023 | PA0002430904 |
| 2 | d070c5d316ad756f28e206024314c4371693f86a | 07/27/2025 17:12:20 | Tushy | 06/29/2025 | 07/08/2025 | PA0002539165 |
| 3 | 6acde650754ea6f967f311bd2d0761ec7dd9374b | 07/10/2025 06:32:36 | Blacked Raw | 04/21/2025 | 05/23/2025 | PA0002532327 |
| 4 | 5D2BC75B7BDD8996DAA968A1AB383BD2889EF7A7 | 06/10/2025 17:33:23 | Vixen | 06/17/2022 | 06/27/2022 | PA0002355040 |
| 5 | 79E187C19F9DADFF09C701E007083D43E2EB9A30 | 06/08/2025 13:46:42 | Vixen | 08/06/2021 | 08/23/2021 | PA0002308435 |
| 6 | 5AF7AF828812005F2DCE4B8EB4BC34E809A5E5D7 | 06/07/2025 23:12:05 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 7 | 844F6E2A53B6C7DAEDB0B8BF950422A62BDFE746 | 06/07/2025 18:01:17 | Blacked | 07/03/2021 | 08/02/2021 | PA0002305091 |
| 8 | 2D082B7E0B54723DC76CBE4C2050829C902E64BD | 05/28/2025 02:50:38 | TushyRaw | 07/23/2024 | 08/15/2024 | PA0002484859 |
| 9 | 3ec1e1df7ad7899908dfef6d60402ea4403cd73c | 05/10/2025 15:39:28 | Vixen | 11/22/2024 | 12/13/2024 | PA0002506262 |
| 10 | 3ec1a30214eba272a5b69329cd1913671b2ab63b | 05/10/2025 15:39:11 | Tushy | 11/20/2022 | 12/11/2022 | PA0002384715 |
| 11 | 3ec1d9a35522ac9b27bba5bbba327c83d126178b | 05/10/2025 15:38:30 | Blacked | 09/26/2020 | 10/22/2020 | PA0002261801 |
| 12 | C9642005BD505D79D207FF774BDEA1B1400EAF14 | 04/14/2025 16:59:01 | Vixen | 07/05/2024 | 07/16/2024 | PA0002480633 |
| 13 | 8ac29f7535737ee023d7ad5d5b364e7b35a139eb | 04/04/2025 09:41:10 | Vixen | 04/21/2023 | 05/15/2023 | PA0002411310 |
| 14 | AD19DC6B9AF34B9A36857FDAE55A4A99A8452E53 | 03/27/2025 02:36:40 | Tushy | 06/30/2024 | 07/15/2024 | PA0002480674 |
| 15 | 116cdf48895d4602e1f5761c96b5955498688e8c | 03/22/2025 11:01:00 | Blacked | 03/19/2022 | 03/29/2022 | PA0002342841 |
| 16 | 02c02acb50953086a9236263ea90d3ca4ed2276d | 12/21/2024 08:35:10 | Slayed | 02/22/2022 | 03/04/2022 | PA0002345461 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 99ccc4d988cf74f0ec2e4711ff5873fb0c662331 | 11/30/2024 19:06:29 | Slayed | 05/31/2022 | 06/09/2022 | PA0002361663 |
| 18 | 226ca5d48048bbfa53f003f5d4c62569a29301ab | 11/30/2024 11:14:06 | TushyRaw | 06/04/2024 | 06/18/2024 | PA0002476918 |
| 19 | 16e5367f5f0100a15ba0f96deb7f128cc12f5c2c | 11/27/2024 06:28:47 | Blacked | 12/17/2022 | 01/10/2023 | PA0002389619 |
| 20 | c74c9239e61434854108809109de751ffc75b33a | 11/27/2024 04:36:34 | Tushy | 04/30/2023 | 05/14/2023 | PA0002411311 |
| 21 | c74bd503f3ade8221d9a01391a1aa9b2b360bb6d | 11/27/2024 04:34:45 | Tushy | 12/12/2021 | 02/03/2022 | PA0002341808 |
| 22 | 12794d5e0743ed450da685a4fdc0522be1179af6 | 10/17/2024 05:02:41 | Blacked | 02/24/2024 | 03/11/2024 | PA0002459135 |
| 23 | fb0e700ebaadb5685ad8fec440e473348d70c9f7 | 10/05/2024 09:56:44 | Milfy | 08/07/2024 | 09/17/2024 | PA0002490329 |
| 24 | 9654bc660fa199e61e6e77663f7fd42a1e5408c3 | 09/28/2024 16:15:37 | Blacked | 08/06/2022 | 08/29/2022 | PA0002367714 |
| 25 | 5bb8f4ff0ab77627bfc16f4eb53cdd1dc363c75d | 09/17/2024 04:59:43 | Vixen | 03/26/2021 | 04/27/2021 | PA0002288946 |
| 26 | f6df376781b23166751404d28c66f491ec43b0db | 09/06/2024 04:53:14 | Slayed | 10/14/2021 | 11/01/2021 | PA0002326407 |
| 27 | 5a607b2d972ca331c23d0917c1d769fe3bc67496 | 08/28/2024 17:34:12 | Tushy | 03/24/2024 | 04/12/2024 | PA0002465214 |
| 28 | 717f82416f0309adbd7635bf991ccf8789e04b84 | 08/18/2024 03:56:19 | Vixen | 06/09/2023 | 08/22/2023 | PA0002431036 |
| 29 | e11b05481e96d59fd2e2a08db9c34a5caab9fb76 | 08/16/2024 04:58:07 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 30 | 3a4db08b5bc34719cf6e0e4cb72b85652f50aeaf | 08/08/2024 15:24:13 | Blacked Raw | 11/08/2021 | 01/07/2022 | PA0002337933 |
| 31 | 0095f3b5b52d2438157c65a42b217893c6e04539 | 07/28/2024 01:33:48 | Tushy | 08/20/2023 | 09/18/2023 | PA0002430899 |
| 32 | 22fda9f96cec81f9a5390d2c780654e45786266f | 07/06/2024 04:12:37 | Blacked | 06/18/2022 | 06/27/2022 | PA0002355032 |
| 33 | c712dd41fc304b9e6da7f281d40a84f3998639a1 | 06/30/2024 04:31:25 | Vixen | 11/27/2020 | 11/30/2020 | PA0002266359 |
| 34 | cbc6886d9f2d75a9fe1cc3ba482773f06f54bd3a | 06/29/2024 04:13:49 | Blacked Raw | 10/26/2022 | 11/01/2022 | PA0002378070 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | ddd523148e3a12af2f4d120a02371b3fd05f4c50 | 06/13/2024 21:51:41 | Milfy | 02/21/2024 | 03/15/2024 | PA0002461468 |
| 36 | 0ed09075b40487c243901fc247b1bb75f665fd80 | 06/13/2024 00:51:07 | Tushy | 05/02/2021 | 06/15/2021 | PA0002296917 |
| 37 | ebe5ade852ff722ce6ad1889b21ece25e59d5c9e | 06/03/2024 03:29:40 | Blacked | 10/28/2023 | 11/13/2023 | PA0002439611 |
| 38 | 5e1d7dd40760851d8e538902f997b2bb3b1f37be | 06/02/2024 02:14:44 | Blacked | 12/19/2020 | 01/05/2021 | PA0002269959 |
| 39 | 54bbadaf9b2984bbfc7e0cf796b292012dd60a23 | 06/02/2024 00:19:30 | Blacked | 07/09/2022 | 07/22/2022 | PA0002359462 |
| 40 | edac6d49c9e7ae3fb33fb30d052c300fbb88be9a | 05/17/2024 22:18:42 | TushyRaw | 06/14/2023 | 07/13/2023 | PA0002420358 |